# BEFORE THE UNITED STATES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE BYHEART INFANT BOTULISM LITIGATION** | **MDL DOCKET NO. _____** |

### Amended Proof of Service

I certify that a copy of the foregoing Motion, Brief, Schedule of Actions, Docket and Complaints Proof of Service, was served by email and US Mail on January 16, 2026, to the following:

**Jonathan Van O'Steen**
OSteen & Harrison PLC
300 W Clarendon Ave.
Ste. 400
Phoenix, AZ 85013-3424
602-252-8888
Fax: 602-274-1209
Email: josteen@omclawyers.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
180 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

*Counsel for Plaintiffs Stephen and Yurany Dexter on behalf of E.D.*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Cameron Ailes Fine**
**Caroline A Montfort**
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd.
Ste. 1000
Phoenix, AZ 85016-423
480-606-5132
Email: cameron.fine@dlapiper.com
*Email: caroline.montfort@us.dlapiper.com*

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

*Counsel for Defendant ByHeart, Inc*

**Amazon.com, Inc**
410 Terry Ave N.
Seattle, WA 98109.
(Defendant-Summons not issued-Served via US Mail)

**Mrs. Gooch's Natural Food Markets, Inc.**
330 N Brand Blvd
Glendale, California 91203
(Defendant-Summons not issued-Served via US Mail)

**US District Court Arizona 3:25-cv-08241**

**Trevor M Quirk**
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
Email: litteam@qlflaw.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
180 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

*Counsel for Plaintiff Amy and Anthony Mazziotti, individually and on behalf of their minor child, H.M.*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN 55403.

(Defendant Target has not been served with summons; no counsel has been assigned)
(served via US Mail)

**US District Court**
**Central District of California**
**2:25-cv-12116**

**Trevor M Quirk**
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
Email: litteam@qlflaw.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
180 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

*Counsel for Anthony Barbera and Thalia Flores,*
*individually and on behalf of A.B., a minor*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

*Counsel for ByHeart, Inc*

**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN 55403.

(Defendant has not been served with summons; no counsel has been assigned)
(serve via US Mail)

**California Eastern District Court**
**2:25-CV-03339**

**Amanda M. Martin**
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 355
Email: amanda.martin@dispartilaw.com

*Counsel for Plaintiffs Arian and Turkane Llapashtica,*
*on behalf of minor, Ari Llapashtica*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**US District Court Northern District of Illinois**
**1:26 cv 00328**

**Brendan J Flaherty**
OFT Law, PLLC
800 LaSalle Ave.
Suite 2260
Minneapolis, MN 55402
888-828-7087
Fax: 888-239-0559
Email: brendan@oftlaw.com

**Justin A. Sanders**
Rittgers & Rittgers
3734 Eastern Avenue
Cincinnati, OH 45226
513-932-2115
Fax: 513-696-4566
Email: justin@rittgers.com

**Wesley Matthew Nakajima**
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036
513-932-2115
Fax: 513-934-2201
Email: matt@rittgers.com

*Counsel for Plaintiffs Hanna and Michael Everett*

**Andrew Louis Sparks**
Dickinson Wright PLLC - KY
300 W. Vine Street
Suite 1700
Lexington, KY 40507
859-899-8734
Fax: 844-670-6009
Email: asparks@dickinsonwright.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Eastern District of Kentucky (Lexington)**
**5:25 cv 00422**

**Brendan J Flaherty**
**Ryan Osterholm**
OFT Law, PLLC
800 LaSalle Ave.
Suite 2260
Minneapolis, MN 55402
888-828-7087
Fax: 888-239-0559
Email: brendan@oftlaw.com
Email: ryan@oftlaw.com

*Counsel for Plaintiffs Colin Flowers and Jennifer Flowers, individually and as parents and natural guardians of G.F.*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave. 50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP
560 Mission St. 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Ruth Dapper**
DLA Piper LLP (US)
4365 Executive Drive Ste 1100
San Diego, CA 92121
858-677-1400
Email: ruth.dapper@dlapiper.com
*Counsel for Defendant ByHeart, Inc*

**US District Court of Minnesota**
**25 cv-04383**

**Michael Robert Reese**
Reese LLP
100 West 93rd Street
16th floor
New York, NY 10025
(212) 643-0500
Fax: (212) 253-4272
Email: mreese@reesellp.com

*Counsel for Monica Valenzuela*
*individually and on behalf of all other*
*similarly situated*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702

Email: daniel.levin@mto.com
**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Eastern District of New York**
**1:25 cv 06333**

**Michael Robert Reese**
Michael Reese
Reese LLP
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
212-594-5300
Email: mreese@reesellp.com

*Counsel for Amanda Zetterstrom individually
and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**Francesca K. Burne**
**Jean Sutton Martin**
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
Email: fburne@awkolaw.com
Email: Jmartin@awkolaw.com

**Madeline Rose Sheffield**
Israel David LLC
17 State Street
Suite 4010
New York, NY 10004
585-230-1868
Email: madeline.sheffield@davidllc.com

*Counsel for Plaintiffs Max Schneider, individually
and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York Foley Square**
**1:25 cv 09543**

**Daniel Harris Markowitz**
**Jason P. Sultzer**
Sultzer & Lipari, PLLC
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Fax: 888-749-7747
Email:markowitzd@thesultzerlawgroup.com
Email: sultzerj@thesultzerlawgroup.com

**Nick Suciu , III**
Bryson Harris Suciu & DeMay PLLC
6905 Telegraph Rd.
Suite 115
Bloomfield Hills, MI 48301
616-678-2180
Email: nsuciu@brysonpllc.com

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Mariah Pilato and Ashley Martinez*
*individually and behalf of all others similarly situated*

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09550**

**Michael Neal Pollack**
**Mark Samuel Reich**
Levi & Korsinsky LLP
33 Whitehall St
27th Floor
New York, NY 10004
201-294-1566
Email: mpollack@zlk.com
Email: mreich@zlk.com

*Counsel for Plaintiffs Laney Linton, Chloe Oliver,*
*Rosemary Rockey, Thomas Andracchi II, on*
*behalf of themselves and all others similarly situated*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09597**

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Xacil Archuleta, individually
and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave. 50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09714**

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Rasselyn Breary,*
*Breanna Motter, and Allison Nebel, individually*
*and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09774**

**Frederick John Klorczyk**
KamberLaw, LLC
305 Broadway, Suite 713
New York, NY 10007
646-964-9604
Email: fklorczyk@kamberlaw.com

*Counsel for Plaintiffs Kaileigh Rachwal, Amber Stuart,*
*Samantha De Oliveria, and Kristina Torres,*
*on behalf of themselves and all others similarly situated*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 10011**

**Brett R. Cohen**
Leeds Brown Law PC
1 Old Country Road, Suite 347
Carle Place, NY 11514
516-873-9550
Fax: 516-747-5024
Email: bcohen@leedsbrownlaw.com

*Counsel for Plaintiffs Jillian Lugo and Allison Noonan,*
*individually and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com
*Counsel for ByHeart Inc*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 10243**

**Ariana B. Kiener (Pro Hac Vice)**
**Jordan C. Hughes (Pro Hac Vice)**
Berger Montague
1229 Tyler St NE
Ste 205
Minneapolis, MN 55413
612-666-3066
Email: akiener@bm.net
Email: jhughes@bergermontague.com

**Shanon J Carson**
**Jacob M. Polakoff (Pro Hac Vice)**
**Justin D. Cole (Pro Hac Vice)**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-5816
Email: **scarson@bergermontague.com**
Email: **jpolakoff@bm.net**
Email: **jcole@bergermontague.com**

*Counsel for Plaintiffs Victor Sepulveda and Jessica Castaneda,*
*individually and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Timothy Pfenninger**
DLA Piper LLP
1650 Market Street
Suite 5000
Philadelphia, PA 19103
215-656-3394
Email: timothy.pfenninger@dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Middle District of Pennsylvania Harrisburg**
**1:25 cv 02210**

**Travis Edward Venable**
Thomas J. Henry Injury Attorneys
28010 Carmel Valley
Boerne, TX 78015
865-809-6216
Email: tvenable-svc@tjhlaw.com

*Counsel for Plaintiffs Raven Fury, individually
and as next friend of W.F., a minor*

**Bethany Woodard Kristovich** (Pro Hac Vice)
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin** (Pro Hac Vice)
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee** (Pro Hac Vice)
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Meagan Dyer Self**
DLA Piper US LLP
1900 North Pearl Street
Suite 2200
Dallas, TX 75201
214-743-4556
Fax: 214-743-4545
Email: meagan.self@dlapiper.com

*Counsel for Defendant ByHeart*

**Troy L Vancil**
Norton Rose Fulbright US LLP
111 West Houston Street
Ste 1800
San Antonio, TX 78205
210-270-7160
Fax: 210-270-7205
Email: troy.vancil@nortonrosefulbright.com

*Counsel for Defense Walmart, Inc.*

**US District Court**
**Northern District of Texas (Dallas)**
**3:25 cv 03183**

**Justin Allen Hill**
Hill Law Firm
445 Recoleta Road
San Antonio, TX 78216
210-960-3939
Fax: 844-404-4455
Email: service@jahlawfirm.com

**William Dale Marler (To be Admitted Pro Hac Vice)**
Marler Clark, Inc. PS
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1898
Email: Bmarler@marlerclark.com

*Counsel for Plaintiffs Anit Joseph and Luke Pooley,*
*individually and as next friend of K.P., a minor*

**Meagan Dyer Self**
**Mallory Toby Biblo**
DLA Piper US LLP
1900 North Pearl Street
Suite 2200
Dallas, TX 75201
214-743-4556
Fax: 214-743-4545
Email: meagan.self@dlapiper.com
Email: mallory.biblo@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN 55403.

(Defendant Target has not been served with summons; no counsel has been assigned)
(serve via US Mail)

**US District Court**
**Southern District of Texas (Galveston)**
**3:25 cv 00391**

**William Dale Marler**
Marler Clark Inc Ps
180 Olympic Dr SE
Bainbridge Island, Wa 98110
206-346-1888
Fax: 206-346-1897
Email: bmarler@marlerclark.com

*Counsel for Plaintiffs Madison Wescott and*
*Tyler Wescott, individually and on behalf of*
*K.W., a minor*

**Tia Nguyen**
Dla Piper Us LLP (WA)
701 Fifth Ave
Ste 6900
Seattle, WA 98104-7044
916-990-5607
Email: Tia.Nguyen@Us.Dlapiper.Com

*Counsel for Defendant ByHeart, Inc.*

**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN 55403.

(Defendant Target has not been served with summons; no counsel has been assigned)
(serve via US Mail)

**USDC**
**Western Washington**
**3:25 cv 06039**

***CLERKS OF COURT***

**Arizona**

**Debra D. Lucas**
Clerk of Court
United States District Court District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118
(served via US Mail)

**California**

**Brian D. Karth**
Clerk of Court
Central District of California-Western Division
Roybal Courthouse
255 East Temple Street, Suite 180
Los Angeles, CA 90012-4701
records_cacd@cacd.uscourts.go
(served via US Mail and email)

**Keith Holland**
Clerk of Court
Eastern District of California
Robert T. Matsui United States Courthouse
501 "I" Street
Sacramento, CA 95814
(served via US Mail)

**Illinois**

**Thomas G. Bruton**
Clerk of Court
US District Court Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
Email:ecf_ilnd@ilnd.uscourts.gov
(served via email and US Mail)

**Kentucky**

**Robert R. Carr**
Clerk of Court
101 Barr Street
Lexington KY 40507
(served via US Mail)

**Minnesota**

**Kate M. Fogarty**
Clerk of Court
Diana E. Murphy United States Courthouse
300 S 4th Street
Suite 202
Minneapolis, MN 55415
(served via US Mail)

**New York-Eastern District**

**Brenna B. Mahoney**
Clerk of Court
US District Court Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201
Nyed_admissions@nyed.uscourts.gov
(served via US Mail and Email)

**New York-Southern District**

**Tammi M. Hellwig**
Clerk of Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
(served via US Mail)

**Pennsylvania**

**Peter J. Welsh**
Clerk of Court-Middle District
Sylvia H. Rambo
United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102
(served via US Mail)

**Texas**

**Karen Mitchell**
Clerk of Court- Northern District of Texas (Dallas)
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242
(served via US Mail)

**Nathan Ochsner**
Clerk of Court Southern District of Texas (Galveston)
601 Rosenberg Street, Room 411
Galveston, Texas 77550
(served via US Mail)

**Joshua C. Lewis**
**Clerk of the Court-Western District of Washington (Tacoma)**
U.S. District Court
Clerk's Office
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200
Email Address:cmecf@wawd.uscourts.gov
(served via US Mail and email)

DATED: January 16, 2026

/s/ William D. Marler
William D. Marler
Ilana P. Korchia
Adriana Zimova
MARLER CLARK, INC., P.S.
180 Olympic Drive S.E.
Bainbridge Island, Washington 98110
Tel: (206) 346-1888
Fax: (206) 346-1898
bmarler@marlerclark.com
ikorchia@marlerclark.com
azimova@marlerclark.com

*Counsel for Plaintiffs*
*Wescott et al v. ByHeart, Inc. et al*,
No. 3:2025-cv-06039 (W.D. Wash.)

**(To be Admitted Pro Hac Vice to the cases below)**
*Dexter et al v. ByHeart, Inc. et al*,
No. 3:2025-cv-08241 (D. Ariz.);
*Mazziotti et al v. ByHeart, Inc. et al*,
No. 2:2025-cv-12116 (C.D. Cal.);
*Barbera et al v. ByHeart, Inc. et al*,
No. 2:2025-cv-03339 (E.D. Cal.);
*Joseph et al v. ByHeart, Inc. et al*,
No. 3:2025-cv-00391 (S.D. Tex.)