**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ByHeart, Inc., Infant Formula
Marketing, Sales Practices, and Products
Liability Litigation**

**MDL DOCKET NO. 3178**

## PROOF OF SERVICE

I certify that a copy of the foregoing Notice of Appearance and Corporate Disclosure Statement and this Proof of Service was served by email on January 26, 2026, to the following:

**Jonathan Van O'Steen**
OSteen & Harrison PLC 300
W Clarendon Ave.
Ste. 400
Phoenix, AZ 85013-3424
602-252-8888
Fax: 602-274-1209
Email: josteen@omclawyers.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

*Counsel for Plaintiffs Stephen and Yurany Dexter on behalf of E.D.*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Cameron Ailes Fine**
**Caroline A Montfort**
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd. Ste. 1000
Phoenix, AZ 85016-423
480-606-5132
Email: cameron.fine@dlapiper.com
Email: caroline.montfort@us.dlapiper.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

*Counsel for Defendant ByHeart, Inc*

**US District Court Arizona 3:25-cv-08241**

**Trevor M Quirk**
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
Email: litteam@qlflaw.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110

206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

**US District Court**
**Central District of California**
**2:25-cv-12116**

**Trevor M Quirk**
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
Email: litteam@qlflaw.com

**William D Marler (To be Admitted Pro Hac Vice)**
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
Email: bmarler@marlerclark.com

*Counsel for Anthony Barbera and Thalia Flores,*
*individually and on behalf of A.B., a minor*

**Bethany Woodard Kristovich** Munger,
Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

*Counsel for ByHeart, Inc*

**California Eastern District Court**
**2:25-CV-03339**

**Amanda M. Martin**
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 355
Email: amanda.martin@dispartilaw.com

*Counsel for Plaintiffs Arian and Turkane Llapashtica, on behalf of minor, Ari Llapashtica*

**US District Court Northern District of Illinois**
**1:26 cv 00328**

**Brendan Flaherty**
Pritzker Hageman, P.A.
45 S. Seventh Street
Suite 2950
Minneapolis, MN 55402-1652
612-3385-0202
Fax: 612-338-0104

**Justin A. Sanders**
Rittgers & Rittgers
3734 Eastern Avenue
Cincinnati, OH 45226
513-932-2115
Fax: 513-696-4566
Email: justin@rittgers.com

**Wesley Matthew Nakajima**
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036
513-932-2115
Fax: 513-934-2201
Email: matt@rittgers.com

*Counsel for Plaintiffs Hanna and Michael Everett*

**Andrew Louis Sparks**
Dickinson Wright PLLC - KY
300 W. Vine Street
Suite 1700

Lexington, KY 40507
859-899-8734
Fax: 844-670-6009
Email: asparks@dickinsonwright.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Eastern District of Kentucky (Lexington)**
**5:25 cv 00422**

**Brendan J Flaherty**
**Ryan Osterholm**
OFT Law, PLLC
800 LaSalle Ave.
Suite 2260
Minneapolis, MN 55402
888-828-7087
Fax: 888-239-0559
Email: brendan@oftlaw.com
Email: ryan@oftlaw.com

*Counsel for Plaintiffs Colin Flowers and*
*Jennifer Flowers, individually and as parents*
*and natural guardians of G.F.*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP
560 Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Ruth Dapper**
DLA Piper LLP (US)
4365 Executive Drive
Ste 1100
San Diego, CA 92121
858-677-1400
Email: ruth.dapper@dlapiper.com

*Counsel for Defendant ByHeart, Inc*

**US District Court of Minnesota**
**25 cv-04383**

**Michael Robert Reese**
Reese LLP
100 West 93rd Street
16th floor
New York, NY 10025
(212) 643-0500
Fax: (212) 253-4272
Email: mreese@reesellp.com

*Counsel for Monica Valenzuela individually
and on behalf of all other  similarly
situated*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles, CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles, CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Eastern District of New York**
**1:25 cv 06333**

**Michael Robert Reese**
Michael Reese
Reese LLP
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
212-594-5300
Email: mreese@reesellp.com

*Counsel for Amanda Zetterstrom individually
and on behalf of all others similarly situated*


**US District Court
Southern District of New York Foley Square
1:25 cv 09419**

**Francesca K. Burne
Jean Sutton Martin**
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
Email: fburne@awkolaw.com
Email: Jmartin@awkolaw.com

**Madeline Rose Sheffield**
Israel David LLC
17 State Street
Suite 4010
New York, NY 10004
585-230-1868
Email: madeline.sheffield@davidllc.com

*Counsel for Plaintiffs Max Schneider, individually
and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702

Email: daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York Foley Square**
**1:25 cv 09543**

**Daniel Harris Markowitz**
**Jason P. Sultzer** Sultzer
& Lipari, PLLC
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Fax: 888-749-7747
Email: markowitzd@thesultzerlawgroup.com
Email: sultzerj@thesultzerlawgroup.com

**Nick Suciu , III**
Bryson Harris Suciu & DeMay PLLC 6905
Telegraph Rd.

Suite 115
Bloomfield Hills, MI 48301
616-678-2180
Email: nsuciu@brysonpllc.com

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Mariah Pilato and Ashley Martinez
individually and behalf of all others similarly situated*

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09550**

**Michael Neal Pollack**
**Mark Samuel Reich**
Levi & Korsinsky LLP
33 Whitehall St
27th Floor
New York, NY 10004
201-294-1566
Email: mpollack@zlk.com
Email: mreich@zlk.com

*Counsel for Plaintiffs Laney Linton, Chloe Oliver,*

*Rosemary Rockey, Thomas Andracchi II, on
behalf of themselves and all others similarly situated*

**Bethany Woodard Kristovich (Pro Hac Vice)**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin (Pro Hac Vice)**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee (Pro Hac Vice)**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037
Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09597**

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Xacil Archuleta, individually
and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave. 50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Colleen Gulliver**
**Connor Rowinski**
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Fax: 917-778-8037

Email: Colleen.Gulliver@us.dlapiper.com
Email: connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09714**

**Russell Busch**
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
Email: rbusch@brysonpllc.com

*Counsel for Plaintiffs Rasselyn Breary, Breanna*
*Motter, and Allison Nebel, individually*
*and on behalf of all others similarly situated*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 09774**

**Frederick John Klorczyk**
KamberLaw, LLC
305 Broadway, Suite 713
New York, NY 10007
646-964-9604
Email: fklorczyk@kamberlaw.com

*Counsel for Plaintiffs Kaileigh Rachwal, Amber Stuart, Samantha*
*De Oliveria, and Kristina Torres, on behalf of themselves and all*
*others similarly situated*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 10011**

**Brett R. Cohen**
Leeds Brown Law PC
1 Old Country Road, Suite 347

Carle Place, NY 11514
516-873-9550
Fax: 516-747-5024
Email: bcohen@leedsbrownlaw.com

*Counsel for Plaintiffs Jillian Lugo and Allison Noonan,*
*individually and on behalf of all others similarly situated*

**US District Court**
**Southern District of New York (Foley Square)**
**1:25 cv 10243**

**Ariana B. Kiener (Pro Hac Vice)**
**Jordan C. Hughes (Pro Hac Vice)**
Berger Montague
1229 Tyler St NE
Ste 205
Minneapolis, MN 55413 612-666-3066
Email: akiener@bm.net
Email: jhughes@bergermontague.com

**Shanon J Carson**
**Jacob M. Polakoff (Pro Hac Vice)**
**Justin D. Cole (Pro Hac Vice)**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-5816
Email: scarson@bergermontague.com
Email: jpolakoff@bm.net
Email: jcole@bergermontague.com

*Counsel for Plaintiffs Victor Sepulveda and Jessica Castaneda,*
*individually and on behalf of all others similarly situated*

**Bethany Woodard Kristovich**
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin**
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702 Email:
daniel.levin@mto.com

**Juliana Yee**
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Timothy Pfenninger**
DLA Piper LLP
1650 Market Street
Suite 5000
Philadelphia, PA 19103
215-656-3394
Email: timothy.pfenninger@dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Middle District of Pennsylvania Harrisburg**
**1:25 cv 02210**

**Travis Edward Venable**
Thomas J. Henry Injury Attorneys
28010 Carmel Valley
Boerne, TX 78015
865-809-6216
Email: tvenable-svc@tjhlaw.com

*Counsel for Plaintiffs Raven Fury, individually
and as next friend of W.F., a minor*

**Bethany Woodard Kristovich** (Pro Hac Vice)
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
Email: bethany.kristovich@mto.com

**Daniel Benjamin Levin** (Pro Hac Vice)
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave.
50th Fl.
Los Angeles, CA 90071
213-683-9135
Fax: 213-687-3702
Email: daniel.levin@mto.com

**Juliana Yee** (Pro Hac Vice)
Munger Tolles & Olson LLP 560
Mission St.
27th Fl.
San Francisco, CA 94105-2907
415-512-4028
Fax: 415-512-4077
Email: juliana.yee@mto.com

**Meagan Dyer Self**
DLA Piper US LLP
1900 North Pearl Street
Suite 2200
Dallas, TX 75201 214-743-4556
Fax: 214-743-4545
Email: meagan.self@dlapiper.com

**Troy L Vancil**
Norton Rose Fulbright US LLP
111 West Houston Street
Ste 1800
San Antonio, TX 78205
210-270-7160
Fax: 210-270-7205
Email: troy.vancil@nortonrosefulbright.com

*Counsel for Defense Walmart, Inc.*

**US District Court**
**Northern District of Texas (Dallas)**
**3:25 cv 03183**
**Justin Allen Hill**
Hill Law Firm
445 Recoleta Road
San Antonio, TX 78216
210-960-3939
Fax: 844-404-4455
Email: service@jahlawfirm.com

**William Dale Marler (To be Admitted Pro Hac Vice)**
Marler Clark, Inc. PS 180
Olympic Drive S.E.
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1898
Email: Bmarler@marlerclark.com

*Counsel for Plaintiffs Anit Joseph and Luke Pooley,*
*individually and as next friend of K.P., a minor*

**Meagan Dyer Self**
**Mallory Toby Biblo**
DLA Piper US LLP
1900 North Pearl Street
Suite 2200
Dallas, TX 75201
214-743-4556
Fax: 214-743-4545
Email: meagan.self@dlapiper.com
Email: mallory.biblo@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court**
**Southern District of Texas (Galveston)**
**3:25 cv 00391**

**William Dale Marler**
MARLER CLARK INC PS
180 Olympic Dr SE

Bainbridge Island, Wa 98110
206-346-1888
Fax: 206-346-1897
Email: bmarler@marlerclark.com

*Counsel for Plaintiffs Madison Wescott and*
*Tyler Wescott, individually and on behalf of*
*K.W., a minor*

**Tia Nguyen**
Dla Piper Us LLP (WA)
701 Fifth Ave
Ste 6900
Seattle, WA 98104-7044
916-990-5607
Email: Tia.Nguyen@Us.Dlapiper.Com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Western Washington (Tacoma)**
**3:25-cv-06039**


Dated: January 26, 2026

*/s/Francesca K. Burne*
Francesca K. Burne
