# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation**

**MDL DOCKET NO. 3178**

## PROOF OF SERVICE

I hereby certify that on January 27, 2026, true and correct copies of the foregoing Notice of Appearance and this Proof of Service were filed electronically and served via the Court's CM/ECF system upon all counsel:

Jonathan Van O'Steen
O'Steen & Harrison PLC 300
W Clarendon Ave., Ste. 400
Phoenix, AZ 85013-3424
602-252-8888
josteen@omclawyers.com

William D Marler
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
bmarler@marlerclark.com

*Counsel for Plaintiffs Stephen and Yurany Dexter on behalf of E.D.*

Bethany Woodard Kristovich
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com

Cameron Ailes Fine
Caroline A Montfort
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd. Ste. 1000
Phoenix, AZ 85016-423
480-606-5132
cameron.fine@dlapiper.com
caroline.montfort@us.dlapiper.com

Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
213-683-9135
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP 560
Mission St. 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

*Counsel for Defendant ByHeart, Inc*

**US District Court Arizona, 3:25-cv-08241**

Trevor M Quirk
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
litteam@qlflaw.com

William D Marler
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
Fax: 206-346-1989
bmarler@marlerclark.com

**US District Court Central District of California, 2:25-cv-12116**

Trevor M Quirk
Quirk Law Firm LLP
877 South Victoria Avenue
Suite 111
Ventura, CA 93003
805-620-7645
litteam@qlflaw.com

William D Marler
Marler Clark Inc.
80 Olympic Dr. SE
Bainbridge Island, WA 98110
206-346-1888
bmarler@marlerclark.com

*Counsel for Anthony Barbera and Thalia Flores,
individually and on behalf of A.B., a minor*

Bethany Woodard Kristovich
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9292
bethany.kristovich@mto.com

*Counsel for ByHeart, Inc*

**California Eastern District Court, 2:25-CV-03339**

Amanda M. Martin
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
312-506-5511 ext. 355
 amanda.martin@dispartilaw.com

*Counsel for Plaintiffs Arian and Turkane Llapashtica, on
behalf of minor, Ari Llapashtica*

**US District Court Northern District of Illinois, 1:26 cv 00328**

Brendan Flaherty
Pritzker Hageman, P.A.
45 S. Seventh Street
Suite 2950
Minneapolis, MN 55402-1652
612-3385-0202

Justin A. Sanders
Rittgers & Rittgers
3734 Eastern Avenue
Cincinnati, OH 45226
513-932-2115
justin@rittgers.com

Wesley Matthew Nakajima
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036
513-932-2115
Fax: 513-934-2201
 matt@rittgers.com

*Counsel for Plaintiffs Hanna and Michael Everett*

Andrew Louis Sparks
Dickinson Wright PLLC - KY
300 W. Vine Street
Suite 1700
Lexington, KY 40507
859-899-8734
asparks@dickinsonwright.com

*Counsel for Defendant ByHeart, Inc.*

Brendan J Flaherty
Ryan Osterholm
OFT Law, PLLC
800 LaSalle Ave., Suite 2260
Minneapolis, MN 55402
888-828-7087
brendan@oftlaw.com
ryan@oftlaw.com

*Counsel for Plaintiffs Colin Flowers and
Jennifer Flowers, individually and as parents
and natural guardians of G.F.*

Bethany Woodard Kristovich
Munger Tolles & Olson LLP  Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com

Daniel Benjamin Levin
Munger Tolles & Olson LLP - Los Angeles,CA
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
213-683-9135
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St. 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Ruth Dapper
DLA Piper LLP (US)
4365 Executive Drive, Ste 1100
San Diego, CA 92121
858-677-1400
ruth.dapper@dlapiper.com

*Counsel for Defendant ByHeart, Inc*

**US District Court of Minnesota, 25 cv-04383**

Michael Robert Reese
Reese LLP
100 West 93rd Street
16th floor
New York, NY 10025
212-643-0500
mreese@reesellp.com

*Counsel for Monica Valenzuela individually
and on behalf of all other similarly
situated*

Bethany Woodard Kristovich
Munger Tolles & Olson LLP  Los Angeles, CA
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com

Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
213-683-9135
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Colleen Gulliver
Connor Rowinski
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Colleen.Gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Eastern District of New York, 1:25 cv 06333**

Michael Robert Reese
Michael Reese Reese LLP
100 West 93rd Street, Ste. 16th Floor
New York, NY 10025
212-594-5300
 mreese@reesellp.com

*Counsel for Amanda Zetterstrom ,*


**US District Court Southern District of New York Foley Square 1:25 cv 09419**

Francesca K. Burne
Jean Sutton Martin
Aylstock, Witkin, Kreis & Overholtz
17 E. Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
fburne@awkolaw.com
Jmartin@awkolaw.com

Madeline Rose Sheffield
Israel David LLC
17 State Street, Suite 4010
New York, NY 10004
585-230-1868
madeline.sheffield@davidllc.com

*Counsel for Plaintiffs Max Schneider*

Bethany Woodard Kristovich
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com

Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
213-683-9135
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Colleen Gulliver
Connor Rowinski
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Colleen.Gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Southern District of New York, 1:25 cv 09543**

Daniel Harris Markowitz
Jason P. Sultzer
Sultzer & Lipari, PLLC
85 Civic Center Plaza Suite 200
Poughkeepsie, NY 12601
845-483-7100
markowitzd@thesultzerlawgroup.com
sultzerj@thesultzerlawgroup.com

Nick Suciu , III
Bryson Harris Suciu & DeMay PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
616-678-2180
nsuciu@brysonpllc.com

Russell Busch
Bryson Harris Suciu & DeMay PLLC
11 Park Place, 3rd Floor
New York, NY 10007
919-926-7948
rbusch@brysonpllc.com

*Counsel for Plaintiffs Mariah Pilato and Ashley Martinez individually and behalf of all others
similarly situated*

Colleen Gulliver
Connor Rowinski
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Colleen.Gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Southern District of New York , 1:25 cv 09550**

Michael Neal Pollack
Mark Samuel Reich
Levi & Korsinsky LLP
33 Whitehall St., 27th Floor
New York, NY 10004
201-294-1566
mpollack@zlk.com
mreich@zlk.com

*Counsel for Plaintiffs Laney Linton, Chloe Oliver,*
*Rosemary Rockey, Thomas Andracchi II, on*
*behalf of themselves and all others similarly situated*

Bethany Woodard Kristovich
Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Colleen Gulliver
Connor Rowinski
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Colleen.Gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Southern District of New York, 1:25 cv 09597**

Russell Busch
Bryson Harris Suciu & DeMay PLLC
11 Park Place, 3rd Floor
New York, NY 10007
919-926-7948
rbusch@brysonpllc.com

*Counsel for Plaintiffs Xacil Archuleta, individually and on behalf of all others similarly situated*

Bethany Woodard Kristovich
Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Colleen Gulliver
Connor Rowinski
DLA Piper LLP
1251 Avenue Of The Americas
New York, NY 10020
212-335-4737
Colleen.Gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Southern District of New York, 1:25 cv 09714**

Russell Busch
Bryson Harris Suciu & DeMay PLLC
11 Park Place
3rd Floor
New York, NY 10007
919-926-7948
 rbusch@brysonpllc.com

*Counsel for Plaintiffs Rasselyn Breary, Breanna Motter, and Allison Nebel, individually and on behalf of all others similarly situated*

**US District Court Southern District of New York, 1:25 cv 09774**

Frederick John Klorczyk
KamberLaw, LLC
305 Broadway, Suite 713
New York, NY 10007
646-964-9604
fklorczyk@kamberlaw.com

*Counsel for Plaintiffs Kaileigh Rachwal, Amber Stuart,  Samantha De Oliveria, and Kristina Torres, on behalf of themselves and all others similarly situated*

**US District Court Southern District of New York, 1:25 cv 10011**

Brett R. Cohen
Leeds Brown Law PC
1 Old Country Road, Suite 347
Carle Place, NY 11514
516-873-9550
bcohen@leedsbrownlaw.com

*Counsel for Plaintiffs Jillian Lugo and Allison Noonan, individually and on behalf of all others similarly situated*

**US District Court Southern District of New York, 1:25 cv 10243**

Shanon J. Carson
Jacob M. Polakoff
Justin D. Cole
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215-875-3000
scarson@bergermontague.com
jpolakoff@bergermontague.com
jcole@bergermontague.com

Ariana B. Kiener
Jordan C. Hughes
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
763-340-0285
akiener@bergermontague.com
jhughes@bergermontague.com

*Counsel for Plaintiffs Victor Sepulveda and Jessica Castaneda individually and on behalf of all others similarly situated*

Bethany W. Kristovich
Daniel B. Levin
Juliana M. Yee
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
213-683-9292
bethany.kristovich@mto.com
daniel.levin@mto.com
juliana.yee@mto.com

Timothy P. Pfenninger
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
215-656-3300
timothy.pfenninger@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Middle District of Pennsylvania, 1:25-cv-02210-KMN**

Travis Edward Venable
Thomas J. Henry Injury Attorneys
28010 Carmel Valley
Boerne, TX 78015
865-809-6216
 tvenable-svc@tjhlaw.com

*Counsel for Plaintiffs Raven Fury, individually and as next friend of W.F., a minor*

Bethany Woodard Kristovich
Daniel Benjamin Levin
Munger Tolles & Olson LLP
350 S Grand Ave., 50th Fl.
Los Angles, CA 90071
213-683-9292
bethany.kristovich@mto.com
daniel.levin@mto.com

Juliana Yee
Munger Tolles & Olson LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
415-512-4028
juliana.yee@mto.com

Meagan Dyer Self
DLA Piper US LLP
1900 North Pearl Street Suite 2200
Dallas, TX 75201
214-743-4556
meagan.self@dlapiper.com

Troy L Vancil
Norton Rose Fulbright US LLP
111 West Houston Street, Ste 1800
San Antonio, TX 78205
210-270-7160
troy.vancil@nortonrosefulbright.com

*Counsel for Defense Walmart, Inc.*

**US District Court Northern District of Texas (Dallas), 3:25 cv 03183**

Justin Allen Hill
Hill Law Firm
445 Recoleta Road
San Antonio, TX 78216
210-960-3939
service@jahlawfirm.com

William Dale Marler
Marler Clark, Inc. PS
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
206-346-1888
Bmarler@marlerclark.com

*Counsel for Plaintiffs Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor*

Meagan Dyer Self
Mallory Toby Biblo
DLA Piper US LLP
1900 North Pearl Street Suite 2200
Dallas, TX 75201
214-743-4556
meagan.self@dlapiper.com
mallory.biblo@us.dlapiper.com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Southern District of Texas (Galveston), 3:25 cv 00391**

William Dale Marler
MARLER CLARK INC PS
180 Olympic Dr SE
Bainbridge Island, Wa 98110
206-346-1888
bmarler@marlerclark.com

*Counsel for Plaintiffs Madison Wescott and Tyler Wescott, individually and on behalf of K.W., a minor*

Tia Nguyen
Dla Piper Us LLP (WA)
701 Fifth Ave., Ste 6900
Seattle, WA 98104-7044
916-990-5607
Tia.Nguyen@Us.Dlapiper.Com

*Counsel for Defendant ByHeart, Inc.*

**US District Court Western Washington (Tacoma) 3:25-cv-06039**

Dated: January 27, 2026                    */s/ Jacob M. Polakoff*
                                           Jacob M. Polakoff