BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 3178 |

PROOF OF SERVICE

I certify that copies of the foregoing Notices of Appearance and Corporate Disclosure Statement were served by email and US Mail on February 2, 2026, to the following:

| COUNSEL | PARTIES REPRESENTED (Case Information) |
|---|---|
| Russell Busch<br>**BRYSON HARRIS SUCIU & DeMAY PLLC**<br>11 Park Place<br>3rd Floor<br>New York, NY 10007 919-926-7948<br>Email: rbusch@brysonpllc.com | *Counsel for Plaintiffs Xacil Archuleta, et al*<br>(S.D. New York; 1:25-cv-09714-NRB)<br><br>*Counsel for Plaintiffs Mariah Pilato and Ashley Martinez, et al*<br>(S.D. New York; 1:25-cv-09550-NRB)<br><br>*Counsel for Plaintiffs Rasselyn Breary, Breanna Motter, and Allison Nebel, et al.*<br>(S.D. New York; 1:25-cv-09774-NRB) |
| William D Marler<br>**MARLER CLARK INC.**<br>180 Olympic Dr. SE<br>Bainbridge Island, WA 98110<br>206-346-1888<br>Fax: 206-346-1989<br>Email: bmarler@marlerclark.com | *Counsel for Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor*<br>(E.D. California; 2:25-cv-03339-CKD)<br><br>*Counsel for Plaintiffs Stephen and Yurany Dexter on behalf of E.D.;*<br>(D. Arizona; 3:25-cv-08241-DJH)<br><br>*Counsel for Plaintiffs Amy and Anthony Mazziotti, individually and on behalf of minor child, H.M.*<br>(C.D. California; 2:25-cv-12116-AB-BFM)<br><br>*Counsel for Plaintiffs Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor*<br>(S.D. Texas; 3:25-cv-00391) |

1

| | |
|---|---|
| | *Counsel for Plaintiffs Madison Wescott and Tyler Wescott, individually and on behalf of K.W., a minor* <br> (W.D. Washington; 3:25-cv-06039-BHS) |
| Wesley Matthew Nakajima <br> **RITTGERS & RITTGERS** <br> 12 E. Warren Street <br> Lebanon, OH 45036 <br> 513-932-2115 <br> Fax: 513-934-2201 <br> Email: matt@rittgers.com | *Counsel for Plaintiffs Hanna and Michael Everett* <br> (E.D. Kentucky; 5:25-cv-00422-KKC) |
| Justin A. Sanders <br> **RITTGERS & RITTGERS** <br> 3734 Eastern Avenue <br> Cincinnati, OH 45226 <br> 513-932-2115 <br> Fax: 513-696-4566 <br> Email: justin@rittgers.com | |
| Brendan J Flaherty <br> Ryan Osterholm <br> **OFT LAW, PLLC** <br> 800 LaSalle Ave., Suite 2260 <br> Minneapolis, MN 55402 <br> 888-828-7087 <br> Fax: 888-239-0559 <br> Email: brendan@oftlaw.com <br> Email: ryan@oftlaw.com | *Counsel for Plaintiffs Colin Flowers and Jennifer Flowers, individually and as parents and natural guardians of G.F* <br> (D. Minnesota; 0:25-cv-04383-JMB-DLM) <br><br> *Counsel for Plaintiffs Hanna and Michael Everett* <br> (E.D. Kentucky; 5:25-cv-00422-KKC) |
| Travis Edward Venable <br> **THOMAS J. HENRY INJURY ATTORNEYS** <br> 28010 Carmel Valley <br> Boerne, TX 78015 <br> 865-809-6216 <br> Email: tvenable-svc@tjhlaw.com | *Counsel for Plaintiffs Raven Fury, individually and as next friend of W.F., a minor* <br> (N.D. Texas; 3:25-cv-03183-N) |

| | |
|---|---|
| Michael Neal Pollack<br>Mark Samuel Reich<br>**LEVI & KORSINSKY LLP**<br>33 Whitehall St<br>27th Floor<br>New York, NY 10004<br>201-294-1566<br>Email: mpollack@zlk.com<br>Email: mreich@zlk.com | *Counsel for Plaintiffs Laney Linton, Chloe Oliver, Rosemary Rockey, Thomas Andracchi II, on behalf of themselves and all others similarly situated*<br>(S.D. New York, 1:25-cv-09597-NRB) |
| Amanda Mae Martin<br>**DISPARTI LAW GROUP**<br>121 West Wacker<br>Suite 2300<br>Chicago, IL 60601<br>312-506-5511<br>Fax: Delinquent<br>Email: amartin@dispartilaw.com | *Counsel for Plaintiff Arian and Turkane Llapashtica, on behalf of minor, Ari Llapashtica*<br>(N.D. Illinois 1:26-cv-00328-MMR) |
| Brett R. Cohen<br>**LEEDS BROWN LAW PC**<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br>Fax: 516-747-5024<br>Email: bcohen@leedsbrownlaw.com | *Counsel for Plaintiffs: Jillian Lugo and Allison Noonan individually and on behalf of all others similarly situated*<br>(S.D. New York 1:25-cv-10243-JLR) |
| Trevor M Quirk<br>**QUIRK LAW FIRM LLP**<br>877 South Victoria Avenue Suite 111<br>Ventura, CA 93003<br>805-620-7645<br>Email: litteam@qlflaw.com | *Counsel for Plaintiffs Amy and Anthony Mazziotti, individually and on behalf of minor child, H.M.*<br>(C.D. California; 2:25-cv-12116-AB-BFM)<br><br>*Counsel for Plaintiff Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor*<br>(E.D. California; 2:25-cv-03339-CKD) |

| | |
|---|---|
| Daniel Harris Markowitz<br>Jason P. Sultzer<br>**SULTZER & LIPARI, PLLC**<br>85 Civic Center Plaza<br>Suite 200<br>Poughkeepsie, NY 12601<br>845-483-7100<br>Fax: 888-749-7747<br>Email: markowitzd@thesultzerlawgroup.com<br>Email: sultzerj@thesultzerlawgroup.com | *Counsel for Plaintiffs Mariah Pilato and Ashley Martinez, et al*<br>(S.D. New York; 1:25-cv-09550-NRB) |
| Nick Suciu , III<br>**BRYSON HARRIS SUCIU & DEMAY PLLC**<br>6905 Telegraph Rd.<br>Suite 115<br>Bloomfield Hills, MI 48301<br>616-678-2180<br>Email: nsuciu@brysonpllc.com | *Counsel for Plaintiffs Mariah Pilato and Ashley Martinez, et al*<br>(S.D. New York; 1:25-cv-09550-NRB) |
| Frederick John Klorczyk<br>**KAMBERLAW, LLC**<br>305 Broadway, Suite 713<br>New York, NY 10007<br>646-964-9604<br>Email: fklorczyk@kamberlaw.com | *Counsel for Plaintiffs Kaileigh Rachwal, Amber Stuart, Samantha De Oliveria, and Kristina Torres,on behalf of themselves and all others similarly situated*<br>(S.D. New York; 1:25-cv-10011-NRB) |
| Francesca K. Burne<br>Jean Sutton Martin<br>**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**<br>17 E. Main Street<br>Suite 200<br>Pensacola, FL 32502<br>850-202-1010<br>Email: fburne@awkolaw.com<br>Email: Jmartin@awkolaw.com | *Counsel for Plaintiff Max Schneider, individually and on behalf of all others similarly situated*<br>(S.D. New York; 1:25-cv-09543-JHR) |
| Madeline Rose Sheffield<br>**ISRAEL DAVID LLC**<br>17 State Street<br>Suite 4010<br>New York, NY 10004<br>585-230-1868<br>Email: madeline.sheffield@davidllc.com | *Counsel for Plaintiff Max Schneider, individually and on behalf of all others similarly situated*<br>(S.D. New York; 1:25-cv-09543-JHR) |

| | |
|---|---|
| Michael Robert Reese<br>**REESE LLP**<br>100 West 93rd Street<br>Ste 16th Floor<br>New York, NY 10025<br>212-594-5300<br>Email: mreese@reesellp.com | *Counsel for Monica Valenzuela individually and on behalf of all other similarly situated*<br>(E.D. New York; 1:25-cv-06333-LDH-RML)<br><br>*Counsel for Amanda Zetterstrom individually and on behalf of all others similarly situated*<br>(S.D. New York; 1:25-cv-09419-NRB) |
| Shanon J Carson<br>Jacob M. Polakoff (PHV)<br>Justin D. Cole, I (PHV)<br>**BERGER MONTAGUE PC**<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>215-875-5816<br>Email: jpolakoff@bm.net<br>Email: jcole@bergermontague.com<br>Email: scarson@bergermontague.com<br><br>Ariana B. Kiener (PHV)<br>Jordan C. Hughes (PHV)<br>**BERGER MONTAGUE**<br>1229 Tyler St NE<br>Ste 205<br>Minneapolis, MN 55413<br>612-666-3066<br>Email: akiener@bm.net<br>Email: jhughes@bergermontague.com | *Counsel for Plaintiffs Victor Sepulveda and Jessica Castaneda, individually and on behalf of all others similarly situated*<br>(M.D. Pennsylvania; 1:25-cv-02210-KMN) |
| Zachary Arbitman<br>George Aloysius Donnelly , IV<br>Nicole Maruzzi<br>**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**<br>1845 Walnut St<br>21st Floor<br>Philadelphia, PA 19103<br>215-567-8300<br>Fax: 215-567-8333<br>Email: zarbitman@feldmanshepherd.com<br>Email: gdonnelly@feldmanshepherd.com<br>Email: nmaruzzi@feldmanshepherd.com | *Counsel for Plaintiffs Xacil Archuleta, et al*<br>(S.D. New York; 1:25-cv-09714-NRB) |

| | |
|---|---|
| **Jonathan Van O'Steen**<br>**OSTEEN & HARRISON PLC**<br>300 W Clarendon Ave., Ste. 400<br>Phoenix, AZ 85013-3424<br>602-252-8888<br>Fax: 602-274-1209<br>Email: josteen@omclawyers.com | *Counsel for Plaintiffs Stephen and Yurany Dexter on behalf of E.D.;*<br>(D. Arizona; 3:25-cv-08241-DJH) |
| Troy L Vancil<br>Jeffrey A Webb<br>**NORTON ROSE FULBRIGHT US LLP**<br>111 West Houston Street<br>Ste 1800<br>San Antonio, TX 78205<br>210-270-7160<br>Fax: 210-270-7205<br>Email: troy.vancil@nortonrosefulbright.com<br>Email: jeff.webb@nortonrosefulbright.com | *Counsel for Defendant Walmart Inc*<br>(N.D. Texas; 3:25-cv-03183-N) |
| Justin Allen Hill<br>**HILL LAW FIRM**<br>445 Recoleta Road<br>San Antonio, TX 78216<br>210-960-3939<br>Fax: 844-404-4455<br>Email: service@jahlawfirm.com | *Counsel for Plaintiffs Anit Joseph individually and as next friend of K.P. a minor*<br>(S.D. Texas; 3:25-cv-00391) |
| Colleen Gulliver<br>Connor Rowinski<br>**DLA PIPER US LLP (NY)**<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>212-335-4500<br>Fax: 212-335-4501<br>Email: colleen.Gulliver@us.dlapiper.com<br>Email: connor.rowinski@us.dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(S.D. New York; 1:25-cv-09550-NRB)<br>(S.D. New York; 1:25-cv-09714-NRB)<br>(S.D. New York; 1:25-cv-09774-NRB)<br>(S.D. New York, 1:25-cv-09597-NRB)<br>(S.D. New York 1:25-cv-10243-JLR)<br>(S.D. New York; 1:25-cv-09543-JHR)<br>(E.D. New York; 1:25-cv-06333-LDH-RML) |
| Colleen Gulliver<br>**DLA PIPER US LLP (NY)**<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>212-335-4500<br>Fax: 212-335-4501<br>Email: colleen.gulliver@us.dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(S.D. New York;1:25-cv-10011-NRB) |

| | |
|---|---|
| Cameron Ailes Fine<br>Caroline A Montfort<br>**DLA PIPER LLP (US) –**<br>**PHOENIX, AZ**<br>2525 E Camelback Rd., Ste. 1000<br>Phoenix, AZ 85016-423<br>480-606-5132<br>Email: cameron.fine@dlapiper.com<br>Email: caroline.montfort@us.dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(D. Arizona; 3:25-cv-08241-DJH) |
| Ruth Dapper<br>**DLA PIPER LLP (US)**<br>4365 Executive Drive<br>Ste 1100<br>San Diego, CA 92121<br>858-677-1400<br>Email: ruth.dapper@dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(D. Minnesota; 0:25-cv-04383-JMB-DLM) |
| Meagan Dyer Self<br>**DLA PIPER US LLP**<br>1900 North Pearl Street<br>Suite 2200<br>Dallas, TX 75201<br>214-743-4556<br>Fax: 214-743-4545<br>Email: meagan.self@dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(N.D. Texas; 3:25-cv-03183-N) |
| Mallory Toby Biblo<br>Meagan D. Self<br>**DLA PIPER LLP US**<br>1900 N. Pearl Street<br>Suite 2200<br>Dallas, TX 75201<br>214-743-4584<br>Fax: 214-665-5981<br>Email: mallory.biblo@us.dlapiper.com<br>Email: meagan.self@dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(S.D. Texas; 3:25-cv-00391)* |
| Timothy Pfenninger<br>**DLA PIPER LLP**<br>1650 Market Street<br>Suite 5000<br>Philadelphia, PA 19103<br>215-656-3394<br>Email: timothy.pfenninger@dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(M.D. Pennsylvania; 1:25-cv-02210-KMN) |

| | |
|---|---|
| Tia Nguyen<br>**DLA PIPER US LLP (WA)**<br>701 FIFTH AVE<br>STE 6900<br>SEATTLE, WA 98104-7044<br>916-990-5607<br>Email: tia.nguyen@us.dlapiper.com | *Counsel for Defendant ByHeart, Inc.*<br>(W.D. Washington; 3:25-cv-06039-BHS) |
| Andrew Louis Sparks<br>**DICKINSON WRIGHT PLLC - KY**<br>300 W. Vine Street<br>Suite 1700<br>Lexington, KY 40507<br>859-899-8734<br>Fax: 844-670-6009<br>Email: asparks@dickinsonwright.com | *Counsel for Defendant ByHeart, Inc.*<br>(E.D. Kentucky; 5:25-cv-00422-KKC) |

DATED: February 2, 2026	MUNGER, TOLLES & OLSON LLP


By:	*/s/ Devin McMahon*
	Devin McMahon

	On Behalf of Defendant ByHeart, Inc.