BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3178 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on all parties in the following cases electronically via ECF, or as indicated below, on February 3, 2026.

*Served via Electronic Mail:*

*Rasselyn Breary, Allison Nebel, and Breanna Motter v. ByHeart, Inc.*, **Case No. 1:25-cv-09774-NRB (S.D. New York)**

*Mariah Pilato and Ashley Martinez et al v. ByHeart, Inc.,* **Case No. 1:25-cv-09550-NRB (S.D. New York)**

James L. Ferraro
James L. Ferraro, Jr. , Esq.
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, FL 33131
t: 305-375-0111
jferraro@ferrarolaw.com
james@ferrarolaw.com

**Colleen Gulliver**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
212-335-4500
212-335-4501 (fax)
Colleen.Gulliver@us.dlapiper.com

Jason R. Sultzer
Scott E. Silberfein
Sultzer & Lipari, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
t: 845-483-7100
f: 888-749-7747
sultzerj@thesultzerlawgroup.com
silberfeins@thesultzerlawgroup.com

**Juliana Yee**
Munger, Tolles & Olson LLP (SF)
560 Mission Street, 27th Floor
San Francisco, CA 94105
415-512-4028
415-512-4077 (fax)
juliana.yee@mto.com

**Bethany Woodard Kristovich**
Munger, Tolles & Olson (LA)
350 South Grand Avenue, 50th Flr
Los Angeles, CA 90071-1560
(213)-683-9292
(213)-687-3702 (fax)
bethany.kristovich@mto.com

Counsel for Defendant ByHeart, Inc.

**Daniel Benjamin Levin**
Munger, Tolles & Olson
350 S. Grand Ave, 50th Floor
Los Angeles, CA 90071
213-683-9135
213-687-3702 (fax)
daniel.levin@mto.com

Dated:  February 3, 2026

Respectfully submitted,

*/s/ Russell M. Busch*
Russell M. Busch
**BRYSON HARRIS SUCIU & DEMAY PLLC**
11 Park Place, 3rd Floor
New York, NY 10007
Tel: (919) 926-7948
rbusch@brysonpllc.com

*Counsel for Plaintiffs Rasselyn Breary Allison Nebel, Breanna Motter, Mariah Pilato and Ashley Martinez.*